Decided March 10, 1908.

## STATE *v*. BERGER.

[94 Pac. 181.]

CRIMINAL LAW—NOTICE OF APPEAL—SERVICE—INSUFFICIENCY.

1. It is not sufficient in a criminal case to give a notice of appeal in open court, as provided in Section 549, B. & C. Comp. (Civil Code), as the Criminal Code is complete within itself, and the sections of the Civil Code in reference to appeals, do not apply in such cases.

SAME—DISMISSAL OF APPEAL.

2. For a failure to serve the notice of appeal, as required by Sections 1468, 1469, B. & C. Comp. (Criminal Code), an appeal will be dismissed.

From Lane: LAWRENCE T. HARRIS, Judge.

Jack Berger was convicted of crime and gave notice of appeal in open court, as provided in Section 549, B. & C. Comp. (Civil Code). The State now moves to dismiss the appeal.                                    DISMISSED.

ON MOTION TO DISMISS THE APPEAL.

*Mr. W. L. McFadden,* District Attorney, and *Mr. Andrew M. Crawford,* Attorney General, for the motion.

No appearance *contra.*

1. PER CURIAM. Motion to dismiss an appeal. The notice of appeal was given in open court, as provided in Section 549, B. & C. Comp. of the Civil Code. The Criminal Code provides that a notice of appeal in a criminal action must be served upon the clerk of the court and the district attorney of the county in which

the judgment roll is filed: B. & C. Comp. §§ 1468, 1469. This code is complete within itself, and the sections of the Civil Code in reference to appeals do not apply to criminal actions: *State* v. *Ellis,* 3 Or. 497; *State* v. *Bovee,* 11 Or. 57 (4 Pac. 520).

2. The appeal must therefore be dismissed for want of compliance with the requirements of law: *State* v. *Horner,* 36 Or. 68 (59 Pac. 549); *State* v. *Blazier,* 36 Or. 97 (60 Pac. 203).                    DISMISSED.